IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

GWENDOLYN ALEXANDER,          *

    Plaintiff          *

vs.          *

                      CASE NO. 3:06-CV-114(CDL)

MICHAEL J. ASTRUE, Commissioner          *
of Social Security,
                             *

    Defendant
                              *

## O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on November 7, 2007, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 15th day of February, 2008.

                                                S/Clay D. Land
                                                  CLAY D. LAND
                                 UNITED STATES DISTRICT JUDGE